IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-30059-001 |
| ) | |
| DANA R. PERKINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

The Defendant has filed a motion for direction to U.S. Attorney. The Defendant states that after he met with Government agents following his sentencing on March 8, 2005, the Government indicated that it would file a motion to reduce his sentence pursuant to Federal Rule of Criminal Procedure 35(b). The Defendant states that he has since been inquiring of the Government as to the filing of a Rule 35(b) motion. The Defendant requests that the Government be directed to make a determination prior to

1

the expiration of one year from the date of sentencing whether it intends to file a Rule 35(b) motion.

Ergo, the Defendant's motion for direction [d/e 68] is ALLOWED, to the extent that the Government is directed to respond to his motion by March 7, 2006.

Enter: March 3, 2006

                    FOR THE COURT:

                                    s/Richard Mills
                                    United States District Judge